UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                    Judgment Creditor,

v.

DONNAT POWELL,
                    Judgment Debtor.

23 CR 315 (VB)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on November 16, 2023, the United States of America obtained a judgment against the judgment debtor, DONNAT POWELL, in the amount of $148,000.00, for which the outstanding balance is $147,400.00, and the parties have agreed to voluntary automatic deduction each per pay period from DONNAT POWELL's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that DONNAT POWELL's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold $200.00 of DONNAT POWELL's compensation per month until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 23 CR 315.

Dated: April 5, 2024
        New York, New York

DONNAT POWELL
*Judgment Debtor*

SO ORDERED:

UNITED STATES DISTRICT JUDGE

DAMIAN WILLIAMS
United States Attorney

JOHN E. GURA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

4/9/24